**RAMZY PAUL LADAH**
Nevada Bar No. 11405
**JOSEPH C. CHU**
Nevada Bar No. 11082
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAKEISHA JUNIEL,<br><br>Plaintiff,<br><br>vs.<br><br>ASLEDIN EJERSO; ASAL CARGO LLC; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-00008-CDS-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**Special Scheduling Review Requested** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(b), Plaintiff LAKEISHA JUNIEL, and Defendants ASLEDIN EJERSO and ASAL CARGO LLC ("Defendants"), by and through their respective counsels of record, hereby submit this Stipulated Discovery Plan and Scheduling Order.

1. **Fed.R.Civ.P. 26(f) Conference.** Counsel for the parties participated in a Rule 26 Discovery Conference on January 27, 2025. The conference was attended by Joseph C. Chu, Esq., for Plaintiff and Sean Deroest, Esq. for Defendants. At the conference, there were no discovery disputes at that time. The parties agree to exchange their disclosure statements in a timely manner. Counsel are requesting 8 months to complete discovery and be prepared for trial. More specifically, counsel requests 240 days from the date of removal to complete discovery. Counsel requests 60 additional days to complete discovery due to Plaintiff's continued medical

0513

treatment, including lumbar artificial disc replacement surgery, which is currently scheduled for March 12, 2025 with Dr. Jason Garber.

Based upon the above, the parties request 8 months for discovery under the discovery schedule set forth below:

**2.   DISCOVERY CUT-OFF DATE**. The parties are requesting 240 days for discovery from January 2, 2025, the date of removal. Thus, the parties request a discovery cut-off date of **September 2, 2025**.

**3.   LAST DAY TO AMEND PLEADINGS AND/OR ADD PARTIES**. The parties request that all motions to amend the pleadings or to add parties be filed no later than **June 4, 2025 –** 90 days prior to the proposed close of discovery.

**4.   DISCLOSURE OF EXPERTS**. The parties request the disclosure of experts be made on or before **July 7, 2025** – 60 days before the proposed discovery cut-off date. Disclosure of rebuttal experts shall be made by **August 6, 2025** – 30 days after the initial disclosure of experts.

**5.   DISPOSITIVE MOTIONS**. The date for filing dispositive motions shall be no later than **October 2, 2025** – 30 days after the proposed discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

**6.   PRE-TRIAL ORDER**. The Joint Pre-Trial Order shall be filed no later than thirty (30) days after the date set for the filing of dispositive motions: **November 3, 2025**. The disclosures required by FRCP 26(a)(3) and any objections thereto shall be included in the Pre-Trial Order. In the event dispositive motions are filed, the filing of the Pre-Trial Order shall be suspended until thirty (30) days after the Court enters its decision on the dispositive motion, if any.

**7.   FRCP 26(a)(3) DISCLOSURES**. The disclosures required by FRCP 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

8. **ALTERNATIVE DISPUTE RESOLUTIONS**. Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution, including mediation, arbitration and/or an early neutral evaluation. The parties agree that an early neutral evaluation would not be effective at this time as the parties and their counsel believe that it is necessary to conduct discovery before attempting to resolve this case. Counsel further agree that a settlement conference or private mediation will be beneficial after discovery is concluded. Finally, the parties and their counsel are not interested in submitting this case to arbitration, at this time.

9. **ALTERNATIVE FORMS OF CASE DISPOSITION**. The parties considered consent to trial by magistrate judge under 28 U.S.C. § 626(c) and FRCP 73 and the use of the Short Trial Program, and at this time do not consent to trial by magistrate or the short trial program.

10. **ELECTRONIC EVIDENCE**. The parties certified they discussed whether they intend to present evidence in electronic format to jurors, and the parties determined at this time there would not be any. If the parties revisit the presentation of any electronically stored information, they will file the appropriate stipulation with the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

3

**11. EXTENSIONS OR MODIFICATIONS OF THE DISCOVERY PLAN & SCHEDULING ORDER:** Any stipulation or motion must be made no later than 21 days before the subject deadline. Requests to extend discovery deadlines must comply fully with LR 26-3.

DATED this 4th day of February, 2025.                    DATED this 6th day of February, 2025.

LADAH LAW FIRM                                                           BARRON & PRUITT, LLP

By: /s/ Ramzy P. Ladah, Esq.                                          By: /s/ Sean DeRoest, Esq.
    RAMZY P. LADAH                                                             WILLIAM H. PRUITT
    Nevada Bar No. 11405                                                     Nevada Bar No. 6783
    JOSEPH C. CHU                                                                JOSEPH R. MESERVY
    Nevada Bar No. 11082                                                     Nevada Bar No. 14088
    517 S. Third Street                                                               SEAN DEROEST
    Las Vegas, Nevada 89101                                                Nevada Bar No. 16224
    *Attorney for Plaintiff*                                                        3890 W. Ann Road
                                                                                                N. Las Vegas, Nevada 89031
                                                                                                *Attorney for Defendants*

## ORDER

IT IS SO ORDERED.

DATED this  7th  day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4